USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
                                     :

LUIS R. SALAZAR,                   :
                                     :

                       Plaintiff,      :                1:21-cv-03814-GHW
                                     :

          -against-            :                 ORDER
                                     :

HEATHER GAROFALO and JON A. GAROFALO,   :

                    Defendants.    :
                                     :

----------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than August 17, 2021. Dkt. No. 3. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than 10:00 a.m. on August 24, 2021.

Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: August 21, 2021                               _____
                                       GREGORY H. WOODS
                                  United States District Judge