USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
LUIS R. SALAZAR,                                                    :
:
Plaintiff,              :        1:21-cv-03814-GHW
:
-against-                    :        ORDER
:
HEATHER GAROFALO and JON A. GAROFALO,  :
:
Defendants.             :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

For the reasons stated on the record during the teleconference held on November 22, 2022, the Defendants' Motion for Summary Judgment, Dkt. No. 20, is denied.

The parties are directed to meet and confer and submit a joint letter identifying dates in which the parties are not available for trial between July 17, 2023 and October 23, 2023.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 20.

SO ORDERED.

Dated: November 22, 2022
_____
GREGORY H. WOODS
United States District Judge