UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIS R. SALAZAR,

                                                           **ORDER**

                          Plaintiff,                        21-CV-3814 (JW)

            -against-

HEATHER GAROFALO and JON A. GAROFALO,

                          Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The parties consented to jurisdiction by a magistrate judge on November 29, 2022. Dkt. No. 35. By **December 8, 2022**, the parties shall file a joint status letter no longer than three pages with a brief summary about the case from each party, the anticipated length of trial, and any dates the parties are not available in February and March of 2023.

       SO ORDERED.

DATED:     New York, New York
                  November 30, 2022

                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge